UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NASHUN DARNELL CHARLEY,**

    **Plaintiff,**

v.                                                  Case No.  3:25-cv-1823-TKW-ZCB

**DAVID BEARDEN** and
**MARK RUBIN,**

    **Defendants.**

                                                                   /

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees that Plaintiff's second amended complaint should be dismissed for the reasons articulated by the magistrate judge and that leave to amend would be futile.  Accordingly, it is

**ORDERED** that:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii) because it fails to state a claim on which relief may be granted and it seek monetary relief from immune defendants.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 8th day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**